# UNITED STATES DISTRICT COURT

Southern District of Texas

Houston Division

United States Courts
Southern District of Texas
FILED

OCT 2 1 2026

Nathan Ochsner, Clerk of Court

RUI GONG
BENQING GONG
Plaintiffs
*V.*
1.Todd Blanche (Attorney General)
2.Markwayne Mullin. (DHS Secretary)
3.Joseph B Edlow (USCIS Director)
4.Director of USCIS Houston Field Office
Defendants

Civil Action No. ____________________

***Complaint for Writ of Mandamus and Declaratory Relief***

## INTRODUCTION

Plaintiffs Rui Gong and BenQing Gong bring this action against the Defendants to compel the United States Citizenship and Immigration Services ("USCIS") and the responsible federal officials to adjudicate their pending applications for adjustment of status (Forms I-485) and related applications for employment authorization or travel documents, as applicable.

Plaintiff RUI GONG 's mother holds a U.S. green card and is applying for her and her father which is the Plaintiff BENQING GONG's U.S .Permanent Residence. Plaintiffs waited approximately five years in China for their immigrant visa processing to be completed. They attended their immigrant visa interviews at the U.S. Embassy in Beijing in late December 2023 and entered the United States in June 2024.

After entering the United States, Plaintiffs continued to pursue lawful immigration status and the ability to establish stable lives in this country. In October 2024, they received employment authorization

documents under category A5. On June 30, 2025, Plaintiffs jointly submitted their respective Forms I-485, Applications to Register Permanent Residence or Adjust Status, and Forms I-131, Applications for Travel Documents.

USCIS received Rui Gong's Form I-485 under Receipt Number MSC2590576434 and BenQing Gong's Form I-485 under Receipt Number MSC2590576431. Despite the passage of approximately sixteen months since the filing of their adjustment-of-status applications, USCIS has not issued a final decision on either application. As of the filing of this action, both applications remain pending.

Plaintiffs have already endured years of separation from the stability and opportunities associated with permanent residence while awaiting the completion of their immigration process abroad. After finally entering the United States, they have continued to face uncertainty while waiting for USCIS to adjudicate their applications. The continued delay prevents Plaintiffs from obtaining a timely resolution of their immigration status and leaves them unable to plan their future with certainty.

Plaintiffs do not ask this Court to order USCIS to approve their applications or to dictate the outcome of the agency's review. Rather, Plaintiffs seek an order requiring Defendants to perform their non-discretionary duty to adjudicate the pending applications within a reasonable period of time.

Through this action, Plaintiffs seek relief under the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 555(b) and 706(1), to compel agency action unlawfully withheld or unreasonably delayed. Plaintiffs respectfully request that the Court order Defendants to take the necessary steps to complete

adjudication of their pending applications within a reasonable period of time.

## JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§ 1331 (federal question) and 1361 (mandamus jurisdiction), as this action arises under the laws of the United States. Venue is proper in the ( Southern District of Texas,Houston Division), under 28 U.S.C. § 1391(e) because Plaintiff resides within this District and the Defendants perform their official duties in this District. Pursuant to 8 U.S.C. § 1571(b), Congress has stated that “the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application.” “This action is brought pursuant to the Administrative Procedure Act, 5 U.S.C. § 701 et seq., to compel Defendants to perform their non-discretionary duty to adjudicate Plaintiff’s application within a reasonable period of time as required by 5 U.S.C. § 555(b) and § 706(1).”

## PARTIES

Plaintiffs
1. Name:RUI GONG is a citizen of China and a resident of Houston,Texas.
2. Name: BENQING GONG is a citizen of China and a resident of Houston,Texas.

Defendants:
1. Todd Blanche( Attorney General ) is responsible for administration and enforcement of immigration laws
2. Markwayne Mullin ( DHS Secretary ) is responsible for immigration adjudications

3. Joseph B. Edlow ( USCIS Director ) is responsible for the administration of immigration benefits, including Form I-485
4. Director of USCIS Houston Field is responsible for adjudicating Plaintiffs' Applications.

## STATUTORY BACKGROUND

Congress explicitly stated that "the processing of an immigration benefit application should be completed not later than 180 days after the initial filing of the application." 8 U.S.C. § 1571(b). Defendants have unreasonably delayed the adjudication of Plaintiffs' I-485 applications in violation of:
1. "Administrative Procedure Act – duty to conclude matters within a reasonable time" 5 U.S.C. § 555(b)
2. "authorizing courts to compel agency action unlawfully withheld or unreasonably delayed" 5 U.S.C. § 706(1)

## FACTS

1. On June 2025, Plaintiff RUI GONG filed her I-485 application with USCIS. And Plaintiff BENQING GONG filed his I-485 application with USCIS at the same day .
Plaintiff RUI GONG receipt number is MSC2590576434
Plaintiff BENQING GONG receipt number is MSC2590576431
2. On June 30,2025 Plaintiffs' cases status shows " we received your form I-485. Application to Register Permanent Residence Or adjust status ".
3. On July 7,2025, Plaintiffs' cases status shows " The fingerprints relating to your Form I- 485 Application to Register Permanent Residence or Adjust Status, Receipt Numbers are MSC2590576434 and MSC2590576431, have been applied to your

cases ".

4. Since that time, USCIS has taken no further substantive action on Plaintiffs' applications. Plaintiffs submitted multiple inquiries to USCIS but received only generic responses instructing them to continue waiting. Plaintiffs also sought assistance from a Member of Congresswoman and the Department of Homeland Security, but no decision has been made. Defendants have failed to adjudicate Plaintiffs' applications within a reasonable time.

## About Exhaustion of Administrative Remedies and the hardship Fact

1. To Plaintiff Rui Gong

The prolonged delay in adjudicating Rui Gong's Form I-485 has caused significant emotional distress, persistent anxiety, and a loss of security and belonging. The uncertainty surrounding her immigration status has made it difficult for her to plan her future, focus on her education, and pursue long-term career and financial goals. She frequently experiences difficulty sleeping due to worries about her future and feels increasingly overwhelmed by the uncertainty. Meanwhile, tuition, housing, and daily living expenses continue to create financial pressure. After years of waiting for a stable future, Rui Gong remains unable to plan her life with confidence and seeks a timely decision on her pending application.

2. To Plaintiff BenQing Gong

The prolonged delay in adjudicating BenQing Gong's Form I-485 has also caused significant physical, financial, and emotional hardship. After suffering a fall while delivering packages, he was

unable to work and earn income for approximately two months. Although he later returned to work, his physical condition has limited his earning capacity. He has also experienced persistent dental problems and pain but cannot afford the high cost of dental care in the United States. He wishes to return to China for dental treatment and medical evaluation but faces uncertainty because his immigration and travel-document applications remain pending. In addition, he hopes to pursue better employment opportunities, including obtaining a commercial driver's license, but believes his unresolved immigration status presents a significant obstacle to his career plans. The continuing delay has prolonged his financial hardship, restricted his ability to seek affordable medical care abroad, and prevented him from confidently planning his future.

## Cause Of Action
## (Administrative Procedure Act-Unreasonable Delay)

Plaintiffs respectfully request that this Court:

1. Issue a Writ of Mandamus compelling USCIS to adjudicate Plaintiffs I-485 applications within a reasonable time.
2. Declare that Defendants' delay is unreasonable and unlawful under the Administrative Procedure Act.
3. Award Plaintiffs reasonable costs and any further relief the Court deems just and proper.

## PRAYER FOR RELIEF

WHEREFORE,
Plaintiffs pray that this Court:

1. Assume jurisdiction over this matter.

2. Compel defendants to adjudicate Plaintiffs I-485 Applications within a reasonable time.
3. Grant mandamus relief and further relief as may be appropriate.

Respectfully submitted,
Date:
Signature: Benqing Gong Rui Gong
Plaintiffs, Pro Se

Address: 9201 Clarewood Dr,Apt 58, Houston, TX77036
Email: 845493718@qq.com
phone number: 832-525-2237

(All evidence materials are attached on the following page)

Exhibition

Plaintiff Benqing Gong's Medical records
Plaintiff Benqing Gong's Dental Records

SimonMed

SimonMed TX Bellai
SMI Imging, LLC dba SimonMed Imaging - Bellai
9440 Bellaire Blvd Ste 1
HOUSTON, TX 770
Phone: (832)239-85

DIAGNOSTIC IMAGING REPORT

Patient: Gong, Benqing Sex :M DOB: 10/01/1973 Age: 52
Diag. Imaging#: 11892411
Status:
Referring Physician: YING GU M.D.
CC Physician:

EXAM #50294789 - 04/28/2026 11:05 AM -CR HIP UNILATERAL W/AP PELVIS 2-3 VIEWS (RIGHT)

2-3 VIEWS OF THE RIGHT HIP WITH AP PELVIS

CLINICAL HISTORY: Right hip pain due to fall.

COMPARISON: No comparison exams available at the time of dictation.

FINDINGS:

OSSEOUS STRUCTURES: There is no evidence of an acute osseous fracture.

HIP JOINT: Mild hip joint space narrowing without spurring or erosion.

SOFT TISSUES: No radiographic evidence of soft tissue swelling. No radiopaque foreign body.

HARDWARE: None.

RECOMMENDATIONS: Please note that CT/MRI are more sensitive for the detection of radiographically occult fractures and in the setting of trauma may be considered for further evaluation if deemed clinically appropriate.

IMPRESSION:

1. No radiographic evidence of an acute fracture.

2. Hip joint space narrowing without spurring or erosion.

Report electronically signed by: Scott Logan, MD, MBA on 2026, Apr 30, 08:42 PM EDT

dd:04/30/2026 7:42 PM

Reported by: Logan, Scott M.D.
Electronically signed by: Logan, Scott

Thank you for your kind referral. If you require further assistance, please contact our Radiologist Hotline at 855-RAD-TALK(855-723-8255).

SimonMed

SimonMed TX Bellai
SMI Imging, LLC dba SimonMed Imaging - Bellai
9440 Bellaire Blvd Ste 1
HOUSTON, TX 770
Phone: (832)239-85

**DIAGNOSTIC IMAGING REPORT**

Patient: Gong, Benqing Sex :M DOB: 10/01/1973 Age: 52
Diag. Imaging#: 11892411

Status:

Referring Physician: YING GU M.D.

CC Physician:

EXAM #50294789 - 04/28/2026 11:05 AM -CR HIP UNILATERAL W/AP PELVIS 2-3 VIEWS (RIGHT)

# Proposed Treatment Plan

5/4/2026

## DENTIST 101

9180 Bellaire Blvd #B
Houston, TX 77036
(713)773-1300

BenQing Gong
9201 Clarewood Dr, #58
Houston, TX 77036

ID: 10888

| Phase | Date Plan | Appt | Provider | Service | Tth | Surf | Fee | Ins. | Discount | Pat. |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 5/4/2026 | | WON | D0150 COMPREHENSIVE ORAL EVALUA | | | $70.00 | $0.00 | $0.00 | $70.00 |
| | | | | Standard Fee: $100.00 Adjust: $30.00 | | | | | | |
| 0 | 5/4/2026 | | WON | D0210 INTRAORAL-COMPLETE (INCL. B | | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | Standard Fee: $170.00 Adjust: $170.00 | | | | | | |
| | | | | **Subtotal for This Phase:** | | | $70.00 | $0.00 | $0.00 | $70.00 |
| 1 | 5/4/2026 | | WON | D4341 PERIODONTAL SCALING AND RO | UR | | $250.00 | $0.00 | $50.00 | $200.00 |
| 1 | 5/4/2026 | | WON | D4341 PERIODONTAL SCALING AND RO | UL | | $250.00 | $0.00 | $50.00 | $200.00 |
| 1 | 5/4/2026 | | WON | D4341 PERIODONTAL SCALING AND RO | LR | | $250.00 | $0.00 | $50.00 | $200.00 |
| 1 | 5/4/2026 | | WON | D4341 PERIODONTAL SCALING AND RO | LL | | $250.00 | $0.00 | $50.00 | $200.00 |
| | | | | **Subtotal for This Phase:** | | | $1,000.00 | $0.00 | $200.00 | $800.00 |
| 2 | 5/4/2026 | | WON | D2332 RESIN-THREE SURFACES, ANTE | 7 | MLB | $350.00 | $0.00 | $70.00 | $280.00 |
| | | | | **Subtotal for This Phase:** | | | $350.00 | $0.00 | $70.00 | $280.00 |
| 3 | 5/4/2026 | | WON | D7210 SURGICAL REMOVAL OF ERUPT | 3 | | $325.00 | $0.00 | $65.00 | $260.00 |
| 3 | 5/4/2026 | | WON | D7250 SURGICAL REMOVAL OF RESIDU | 4 | | $350.00 | $0.00 | $70.00 | $280.00 |
| 3 | 5/4/2026 | | WON | D6740 CROWN - PORCELAIN/CERAMIC | 2 | | $1,400.00 | $0.00 | $280.00 | $1,120.00 |
| 3 | 5/4/2026 | | WON | D6245 PONTIC - PORCELAIN/CERAMIC | 3 | | $1,400.00 | $0.00 | $280.00 | $1,120.00 |
| 3 | 5/4/2026 | | WON | D6740 CROWN - PORCELAIN/CERAMIC | 5 | | $1,400.00 | $0.00 | $280.00 | $1,120.00 |
| 3 | 5/4/2026 | | WON | D6245 PONTIC - PORCELAIN/CERAMIC | 4 | | $1,400.00 | $0.00 | $280.00 | $1,120.00 |
| | | | | **Subtotal for This Phase:** | | | $6,275.00 | $0.00 | $1,255.00 | $5,020.00 |
| 4 | 5/4/2026 | | JET | D3320 BICUSPID (EX. FINAL RESTORAT | 13 | S | $1,200.00 | $0.00 | $240.00 | $960.00 |
| 4 | 5/4/2026 | | WON | D2950 CORE BUILDUP, INCLUDING ANY | 13 | | $350.00 | $0.00 | $70.00 | $280.00 |
| 4 | 5/4/2026 | | WON | D7210 SURGICAL REMOVAL OF ERUPT | 14 | | $325.00 | $0.00 | $65.00 | $260.00 |
| 4 | 5/4/2026 | | JET | D3330 MOLAR (EX. FINAL RESTORATIO | 15 | MB | $1,500.00 | $0.00 | $300.00 | $1,200.00 |
| 4 | 5/4/2026 | | WON | D2950 CORE BUILDUP, INCLUDING ANY | 15 | | $350.00 | $0.00 | $70.00 | $280.00 |
| 4 | 5/4/2026 | | WON | D6740 CROWN - PORCELAIN/CERAMIC | 13 | | $1,400.00 | $0.00 | $280.00 | $1,120.00 |
| 4 | 5/4/2026 | | WON | D6245 PONTIC - PORCELAIN/CERAMIC | 14 | | $1,400.00 | $0.00 | $280.00 | $1,120.00 |
| 4 | 5/4/2026 | | WON | D6740 CROWN - PORCELAIN/CERAMIC | 15 | | $1,400.00 | $0.00 | $280.00 | $1,120.00 |
| | | | | **Subtotal for This Phase:** | | | $7,925.00 | $0.00 | $1,585.00 | $6,340.00 |
| 5 | 5/4/2026 | | WON | D7210 SURGICAL REMOVAL OF ERUPT | 19 | | $325.00 | $0.00 | $65.00 | $260.00 |
| 5 | 5/4/2026 | | WON | D7250 SURGICAL REMOVAL OF RESIDU | 20 | | $350.00 | $0.00 | $70.00 | $280.00 |
| 5 | 5/4/2026 | | WON | D6740 CROWN - PORCELAIN/CERAMIC | 18 | | $1,400.00 | $0.00 | $280.00 | $1,120.00 |
| 5 | 5/4/2026 | | WON | D6245 PONTIC - PORCELAIN/CERAMIC | 19 | | $1,400.00 | $0.00 | $280.00 | $1,120.00 |
| 5 | 5/4/2026 | | WON | D6245 PONTIC - PORCELAIN/CERAMIC | 20 | | $1,400.00 | $0.00 | $280.00 | $1,120.00 |
| 5 | 5/4/2026 | | WON | D6740 CROWN - PORCELAIN/CERAMIC | 21 | | $1,400.00 | $0.00 | $280.00 | $1,120.00 |

Current Dental Terminology (CDT) © American Dental Association (ADA). All rights reserved.

# Proposed Treatment Plan

5/4/2026

## DENTIST 101

9180 Bellaire Blvd #B
Houston, TX 77036
(713)773-1300

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 5/4/2026 | WON | D6740 | CROWN - PORCELAIN/CERAMIC | 22 | | $1,400.00 | $0.00 | $280.00 | $1,120.00 |
| | | | | Subtotal for This Phase: | | | $7,675.00 | $0.00 | $1,535.00 | $6,140.00 |
| 6 | 5/4/2026 | WON | D7210 | SURGICAL REMOVAL OF ERUPT | 29 | | $325.00 | $0.00 | $65.00 | $260.00 |
| 6 | 5/4/2026 | WON | D9120 | FIXED PARTIAL DENTURE SECTI | 29 | | $212.00 | $0.00 | $42.40 | $169.60 |
| 6 | 5/4/2026 | WON | D7210 | SURGICAL REMOVAL OF ERUPT | 32 | | $325.00 | $0.00 | $65.00 | $260.00 |
| | | | | Subtotal for This Phase: | | | $862.00 | $0.00 | $172.40 | $689.60 |
| 7 | 5/4/2026 | WON | D5214 | MANDIBULAR PARTIAL-CAST ME | 30 | | $1,600.00 | $0.00 | $320.00 | $1,280.00 |
| | | | | Subtotal for This Phase: | | | $1,600.00 | $0.00 | $320.00 | $1,280.00 |
| 8 | 5/4/2026 | JET | D3320 | BICUSPID (EX. FINAL RESTORAT | 7 | S | $1,200.00 | $0.00 | $240.00 | $960.00 |
| 8 | 5/4/2026 | WON | D2950 | CORE BUILDUP, INCLUDING ANY | 7 | | $350.00 | $0.00 | $70.00 | $280.00 |
| 8 | 5/4/2026 | WON | D2740 | CROWN-PORCELAIN/CERAMIC S | 7 | | $1,400.00 | $0.00 | $280.00 | $1,120.00 |
| | | | | Subtotal for This Phase: | | | $2,950.00 | $0.00 | $590.00 | $2,360.00 |
| | | | | Subtotal: | | | $28,707.00 | $0.00 | $5,727.40 | $22,979.60 |

This quote is only an estimation. Guarantor is responsible for fees not covered by insurance. All quoted pricing is valid for 180 days and subject to change without notice.

| | |
|---|---|
| Total Proposed: | $28,707.00 |
| Total Completed: | $0.00 |
| Total Accepted: | $0.00 |
| Proposed Insurance: | $0.00 |

I UNDERSTAND & AUTHORIZE THE DENTIST OR QUALIFIED ASSIGNEE TO PERFORM THE WORK DESCRIBED ABOVE WHEN I AM READY TO DO THE TREATMENT. THE TREATMENT PLAN MAY ALTER UPON PERFORMANCE.

Patient or Guarantor's Signature X Ben Qing Gong Date 5/4/26

Current Dental Terminology (CDT) ©American Dental Association (ADA). All rights reserved.

**Important: Please note only data that has clinical mapping will be shared/transmitted.**
This health record is for date range : 04/26/2026 to 05/03/2026
Please note that below sections represents the most current data on record and are not specific to the date range :Demographics, Social History, Problems, Medications, Allergies, Immunizations, Health Concerns, and Medical Equipment (UDI).

## Patient Details

| Patient name | Contact info | Patient IDs |
|---|---|---|
| Benqing Gong | 9201 Clarewood Dr Apt 191<br>Houston, TX 77036, US | KiCjyiNSqDszhb-YjiTIQTK0U8f5GhtcSsNwC6h1xE8<br>30458 |
| October 1, 1973 | tel:+1(832)-525-1193 | **Sex**<br>Male |

| LANGUAGE | RACE | ETHNICITY |
|---|---|---|
| Information not available | | |

| | |
|---|---|
| **Care Giver** | Ying Gu, MD |
| **Contact Info** | 6609 W SAM HOUSTON PKWY S<br>Suite 98<br>Houston, TX 77072-1641, US<br>Tel: +1(832)-433-7159 |

## Allergies

No Known Allergies

## Results

No Results

## Reason For Referral

No Information

## Medications

No Information

## Immunizations

No Information

## Social History

Sex Observation

| Social History Observation | Description |
|---|---|
| | |

| | |
|---|---|
| Sex Observation | Male |

Social History

| Social History | | | |
|---|---|---|---|
| **Social Info** | **Question** | **Answer** | **Notes** |
| Caffeine intake? | Status: | No | |
| Do you exercise? | Answer: | No | |
| Do you drink alcohol? | Status: | No | |
| Use of recreational / street drugs? | Answer: | No | |
| Smoke Exposure: | Smoke Exposure | No | |

| Additional Details | | | |
|---|---|---|---|
| **Category** | **Social Info** | **Options** | **Details** |
| Social History | Occupation: | | Unemployed |
| | Marital Status: | Married | |

# Problems

No Known Problems

# Vital Signs

| Vital Sign | Value | Notes | Appt Date |
|---|---|---|---|
| Heart Rate | 87 /min | | 04/28/2026 |
| Blood pressure diastolic | 69 mm Hg | | 04/28/2026 |
| Height | 69 in | | 04/28/2026 |
| Blood pressure systolic | 106 mm Hg | | 04/28/2026 |
| Weight | 145 lbs | | 04/28/2026 |
| BMI | 21.41 kg/m2 | | 04/28/2026 |

# Procedures

No Information

# Encounters

| Date | Time | Type | Facility | Location | Provider | Diagnosis |
|---|---|---|---|---|---|---|
| 04/28/2026 | 10:30 AM | New Pt., Level 3 (99203) | Jy Family Med & Urgent Care Pllc | 6609 W SAM HOUSTON PKWY S Suite 98 Houston, TX 77072-1641 | Ying Gu | Pain in right leg M79.604 and Pain in right hip M25.551 |
| | | | Jy Family Med | 6609 W SAM HOUSTON | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/28/2026 | 11:32 AM | Telephone Encounter | & Urgent Care Pllc | PKWY S Suite 98 Houston, TX 77072-1641 | Ying Gu | Right hip pain M25.551 |

# Medical Equipment

No Information

# Assessments

| Encounter Date | Diagnosis (ICD Code) | Treatment Notes | Section Notes |
|---|---|---|---|
| 04/28/2026 | Pain in right hip (ICD-10 - M25.551) | | |
| 04/28/2026 | Pain in right leg (ICD-10 - M79.604) | | |
| 04/28/2026 | Right hip pain (ICD-10 - M25.551) | | |

# Plan Of Treatment

Pending Test

| Test Name | Order Date |
|---|---|
| X ray : Hip, right | 04/28/2026 |

# Goals Section

No Information

# Health Concerns

No Information

# Progress Notes

Examination

| Date | Category | Field | Details | Notes | Category Notes |
|---|---|---|---|---|---|
| | | GENERAL APPEARANCE: | well nourished, well developed, no acute distress | | |
| | | HEENT: | unremarkable | | |
| | | NECK: | supple without masses, no carotid bruits noted | | |
| | | HEART: | regular rate and rhythm | | |
| | | LUNGS: | clear to auscultation bilaterally | | |
| | | ABDOMEN: | soft, no masses felt, non-tender/non-distended | | |
| 04/28/2026 | Examination, General | EXTREMITIES: | no clubbing, cyanosis, edema, +2 distal pulses throughout | | |
| | | SKIN: | no rashes | | |

| | |
|---|---|
| NEURO: | 2+ DTR throughout, CNS II -XII briefly wnl, sensation briefly wnl, power UE&LE 6/6 |
| CHEST: | symmetrical |
| GYN | no Dryness in volve and vaginal, no erythema or rashes, cervical no lesion, no pelvic raise pain, adenox no tender or mass found, mild light write discharge |
| MUSCULAR | no tenderness, ROM wnl |
| RECTAL | Normal |

# History and Physical Notes

HPI (History of Present Illness)

| Date | Category | c/o | Denies | Symptom | Duration | Details | Notes | Category Notes |
|---|---|---|---|---|---|---|---|---|
| 04/28/2026 | Narrative | | | The patient is here today for | | Rt hip pain 1 month s/p fall. pt acidently fall on slip ground when delivered mails 1 month ago, with Lt knee hitted on ground and Rt leg strain, since then he has felt Rt hip and leg pain, longer distance walkign make the pain worse. | | |

# Physical Findings

No Information

# Care team

| | |
|---|---|
| **Emergency contact** | rui gong |
| **Contact info** | 9201 Clarewood Dr Apt 191<br>Houston, TX 77036, US<br>Tel: +1(832)-525-1193 |
| **Personal relationship** | Benqing Gong |
| **Contact info** | 9201 Clarewood Dr Apt 191<br>Houston, TX 77036, US<br>Tel: +1(832)-525-1193 |

*©Powered by eClinicalWorks*